IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) 07-04229MP-001-PCT-MEA |
| vs. | ) **ORDER** |
| RENALDO THOMAS NELSON, | ) |
| Defendant. | ) |

The defendant appeared in court and admitted to violating his probation as alleged in the petition to revoke probation.

IT IS ORDERED revoking the defendant's probation as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of FORTY FIVE (45) days on each of the two citations, to run concurrently, with credit for time served.

DATED this 28th day of November, 2007.

_____
Mark E. Aspey
United States Magistrate Judge